**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TERESA MESHONE GUY** | **CASE NO. 3:26-CV-00544** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **H H C MEDICAL & CRITICAL ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 11], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that BRFHH Monroe, L.L.C.'s motion to dismiss for insufficient service of process [Doc. No. 8] is **GRANTED**, and that Plaintiff Teresa Meshone Guy's claims against said Defendant is **DISMISSED WITHOUT PREJUDICE**. FED. R. CIV. P. 12(b)(5).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** Plaintiff Teresa Meshone Guy's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and for failure to perfect service. FED. R. CIV. P. 12(h)(3) and 4(m).

MONROE, LOUISIANA, this 19th day of October, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE